[No. 8378-3-I.  Division One.  July 27, 1981.]

A. W. ROBERTSON, ET AL, *Respondents,* v. WILLIAM
G. MUNDT, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 850934, Norman B. Ackley, J., entered
December 26, 1979. *Affirmed* by unpublished opinion per
Ringold, A.C.J., concurred in by Andersen and Corbett, JJ.

[No. 8292-2-I.  Division One.  July 27, 1981.]

GEORGE LIVESEY, *Respondent,* v. UNIGARD OLYMPIC
LIFE INSURANCE COMPANY, INC., *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 57219, Walter J. Deierlein, Jr., J.,
entered December 4, 1979. *Affirmed* by unpublished opin-
ion per Ringold, A.C.J., concurred in by Williams and
Andersen, JJ.

[No. 3818-1-III.  Division Three.  July 28, 1981.]

*In the Matter of the Personal Restraint of*
LARRY GERALD GARCIA, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by
unpublished opinion per McInturff, C.J., concurred in by
Green and Roe, JJ.

[No. 4186-7-III.  Division Three.  July 28, 1981.]

PAUL F. LISCHKA, *Respondent,* v. QUINCY FARM
CHEMICALS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 28350, B. J. McLean, J., entered September 22,
1980. *Reversed* by unpublished opinion per McInturff, C.J.,
concurred in by Green and Roe, JJ.